```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF GEORGIA
                         ATHENS DIVISION
```

JIMMY LEE BINION,

     Plaintiff                \*

vs.                           \*    CASE NO. 3:11-CV-61 (CDL)

MICHAEL J. ASTRUE, Commissioner  \*
of Social Security,
                            \*

     Defendant
                            \*

## O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on February 8, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court.

    IT IS SO ORDERED, this 28th day of February, 2012.

                                            s/Clay D. Land
                                            CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE